NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID ABELSTEIN, | : |
| Plaintiff, | : Civil Action No.: 06-3038 (JLL) |
| v. | : **ORDER ADOPTING THE REPORT** |
| | : **AND RECOMMENDATION OF** |
| MICHAEL JOHANNS, Secretary, United States Department of Agriculture, | : **THE MAGISTRATE JUDGE** |
| Defendant. | : |

**LINARES, District Judge.**

This matter having come before the Court on the Report and Recommendation of United States Magistrate Claire C. Cecchi, filed May 23, 2007, and the Court having received no objections, and the Court having reviewed the Report and Recommendation and other documents on file in this matter, and

For good cause shown;

**IT IS** on this 13th day of June, 2007,

**ORDERED** that the Report and Recommendation of Magistrate Claire C. Cecchi filed May 23, 2007, recommending that Defendant's motion for change of venue or in the alternative to dismiss the complaint [Docket #2] be denied is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

1

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE